IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ERIC AICHER,**

    **Plaintiff,**

v.                                                                                                   No. 15-cv-0108 RB/SMV

**ACCESS CORRECTIONS,**
**FNU STEWART, KEN SMITH,**
**FNU EWING, FNU RIGLEY,**
**FNU JOHNSON, FNU RICHARDSON,**
**FNU HENDERSON, FNU ELIZANDO,**
**FNU VILLALOBOS, FNU ESPINOSA,**
**and VALERIE NAEGELE,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint on February 5, 2015.  [Doc. 1].  Plaintiff then filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  [Doc. 2].  The Court determines that Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, [Doc. 2], is deficient because **it is missing the required certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing**.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff is directed to cure this deficiency if he wishes to pursue his claims.  Papers that Plaintiff files in response to this order must include the civil action number (15-cv-0108 RB/SMV) of this case.

Failure to cure the designated deficiency within **30 days** from entry of this order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above within **30 days** from the date of this order.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms:  2 copies each of an Application to Proceed in District Court Without Prepaying Fees or Costs and Financial Certificate.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**