### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**ERIC AICHER,**

    **Plaintiff,**

v.                                                **No. 15-cv-0108 RB/SMV**

**ACCESS CORRECTIONS,**
**FNU STEWART, KEN SMITH,**
**FNU EWING, FNU RIGLEY,**
**FNU JOHNSON, FNU RICHARDSON,**
**FNU HENDERSON, FNU ELIZANDO,**
**FNU VILLALOBOS, FNU ESPINOSA,**
**and VALERIE NAEGELE,**

    **Defendants.**

### ORDER DENYING PLAINTIFF'S MOTION TO CHANGE
### INITIAL PARTIAL PAYMENT AND MONTHLY PAYMENTS

THIS MATTER is before the Court on Plaintiff's Motion to Change Initial Partial Payment and Monthly Payments [Doc. 13]. Plaintiff asks the Court to reduce the initial statutory payment towards the filing fee that the Court ordered on February 26, 2015. *See* [Doc. 7] (granting Plaintiff's motion to proceed pursuant to 28 U.S.C. § 1915 and ordering an initial partial payment of $47.71). Contrary to Plaintiff's allegations of inability to make the payment, his account statement that was filed on the same day as the earlier Order shows a balance of $311.70. [Doc. 11] at 1. Failure to comply with this Order may result in dismissal of the complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Change Initial Partial Payment and Monthly Payments [Doc. 13] is **DENIED**; and, within **21 days** from entry of this Order, Plaintiff shall submit the previously ordered payment of $47.71.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**